UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0052M-01 (CR) |
| **SEAN THOMSEN,** | : | VIOLATIONS:   18 U.S.C. § 1542 |
| **Defendant.** | : | (Passport Fraud); |
| | : | 18 U.S.C. § 1028A(a)(1) |
| | : | (Aggravated Identity Theft) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about October 12, 2006, within the District of Columbia, **SEAN THOMSEN**, willfully and knowingly made false statements in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application, the defendant used a birth certificate and a driver's license belonging to a person other than the defendant, and misrepresented them as his identification documents, which statements he knew to be false.

(**Passport Fraud**, in violation of Title 18, United States Code, Section 1542)

## <u>COUNT TWO</u>

1.   The allegations contained in Count One of this Indictment are hereby realleged and incorporated as if set forth herein.

2.   On or about October 12, 2006, within the District of Columbia, defendant **SEAN THOMSEN,** did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count One of this indictment, and such means of identification consisted of a false driver's license, which belonged to another individual, with the following driver's license number that is fully known by the Grand Jury and identified herein by the last four digits, "9366."

   **(Aggravated Identity Theft**,  in violation of Title 18, United States Code, Section 1028A(a)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia