# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

SEAN LAWRENCE THOMSEN

**CR 07-058-GK**

## WARRANT FOR ARREST

CASE NUMBER: 07-052-M-01

**FILED**
MAR 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___SEAN LAWRENCE THOMSEN___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and willfully made false statements in an application for passport which he submitted, by providing fraudulent documents in support of his claim of identity and U.S. citizenship, with intent to induce or secure the issuance of passport under the authority of the United States

in violation of Title __18__ United States Code, Section(s) __§ 1542__.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

FEB 21 2007 District of Columbia
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/21/07 | Barry Bookshore DUSM | _[signature]_ |
| DATE OF ARREST | | |
| 03/20/07 | | |