UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| v. | : | Cr. No. 07-058 |
| **SEAN THOMSEN,** | : | |
| **Defendant.** | : | |

## NOTICE

Pursuant to the discussions at the status hearing held on March 23, 2007, the defendant, Sean Thomsen, respectfully submits the attached proposed Order.

Respectfully submitted,

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| v. | : | Cr. No. 07-058 |
| **SEAN THOMSEN,** | : | |
| **Defendant.** | : | |

## ORDER

_____Upon consideration of defendant's request in open court this 23rd day of March, 2007, it is hereby

ORDERED that the defendant, Sean Thomsen, PDID No. 555-424, should be held at the Central Treatment Facility.

_____
THE HONORABLE GLADYS KESSLER