UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        :

    v.                :        Cr. No. 07-058

SEAN THOMSEN,                    :        **FILED**

    Defendant.        :        MAR 2 3 2007

                       **ORDER**   NANCY MAYER WHITTINGTON, CLERK
                                       U.S. DISTRICT COURT

_____Upon consideration of defendant's request in open court this 23rd day of March, 2007, it is hereby

    ORDERED that the defendant, Sean Thomsen,                    should be held at the Central Treatment Facility.

March 23, 2007                    _____
                                                    THE HONORABLE GLADYS KESSLER

(N)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         :

    v.                                :     Cr. No. 07-058

SEAN THOMSEN,                     :

    Defendant.                    :

**FILED**
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

_____Upon consideration of defendant's request in open court this 23rd day of March, 2007, it is hereby

ORDERED that the defendant, Sean Thomsen, PDID No. 555-424, should be held at the Central Treatment Facility.

March 23, 2007

_____
THE HONORABLE GLADYS KESSLER