CO-526
(12/86)

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         )
                                 )
                                 )
         vs.                     )    Criminal No. _07-0058_
                                 )
  _Sean Thomsen_                 )
                                 )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                    Defendant

_____
              Counsel for defendant

I consent:

_____
     United States Attorney

Approved:

_____
                    Judge