UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No. 07-058 (GK) |
| v. | : | Plea Hearing: April 30, 2007 |
| SEAN L. THOMSEN, | : | |
| Defendant. | : | |

**FILED**
MAY 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES' SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING OF SEAN L. THOMSEN

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

**I.   STATUTORY PROVISION AND ELEMENTS:**

Title 18, United States Code, Section 1028A(a)(1): Aggravated Identity Theft:

The crime of aggravated identity theft has three elements: (1) that Defendant knowingly used a means of identification of another person; (2) that Defendant did so without lawful authority; and (3) that Defendant did so during and in relation to a felony violation enumerated in 1028A(c).

**II.   COPY OF THE PLEA AGREEMENT:**

A copy of the plea agreement, dated April 24, 2007, awaiting execution by undersigned counsel, Defendant, and counsel for Defendant, is attached hereto.

**III.   FACTUAL PROFFER IN SUPPORT OF SEAN L. THOMSEN'S GUILTY PLEA:**

If this case were to go to trial, the Government's evidence would establish the following beyond a reasonable doubt:

On or about October 12, 2006, Defendant Sean L. Thomsen (hereinafter, "THOMSEN" or "Defendant") went to the Washington Passport Agency, located at 1111 19th Street, N.W., in

Washington, D.C. He identified himself as Andrew Robert Vadersen and applied for a U.S. passport using a Form DS-11 passport application. As proof of his identity, Defendant presented a Virginia driver's license issued in the name of Andrew Robert Vadersen. Defendant also produced a Virginia birth certificate in the name of Andrew Robert Vadersen as proof of citizenship.

The Passport Acceptance Clerk became suspicious when the photograph on the Virginia driver's license did not match the photograph of THOMSEN attached to the Form DS-11 passport application. The passport application and a copy of the Virginia driver's license were forwarded to the Special Issuance Fraud Prevention Manager, and it was determined that the individual who had submitted the passport application was indeed different from the individual on the Virginia driver's license. A subsequent investigation revealed that Andrew Robert Vadersen did not authorize Defendant to use his driver's license or birth certificate in order to procure a U.S. passport.

Accordingly, THOMSEN was in possession of the means of identification of a real person, Andrew Robert Vadersen, without the lawful authority to possess that identification. Defendant's possession of that identification, a Virginia driver's license which Defendant knew belonged to a real person, constitutes the offense of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1), and occurred during and in relation to another felony offense, that is, Passport Fraud, in violation of 18 U.S.C. § 1542.

                                                Respectfully submitted,
                                                JEFFREY A. TAYLOR
                                                UNITED STATES ATTORNEY

By: _____
                                                AARON H. MENDELSOHN
                                                Assistant United States Attorney
                                                555 4th Street, N.W. (Room 4239)
                                                Washington, D.C. 20530
                                                (202) 514-9519

## DEFENDANT'S ACCEPTANCE

I have read this Submission and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Submission all matters relating to it. I fully understand this Submission and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Submission fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: 5-14-07

Sean L. Thomsen
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this Submission. These pages accurately and completely set forth the elements of the offense and the facts of this case, and I concur in my client's desire to plead guilty in this case

Date: 5-14-07

Mary Petras, Esquire
Attorney for the Defendant